IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RACHAEL NICOLE SCHULTZ FRAKES,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-352-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Rachael Nicole Schultz Frakes remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

s/ V. Olmo, Deputy Clerk
Peter Oppeneer, Clerk of Court

10/12/2017
Date